# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEBRASKA

IN RE:                     )

)     Voluntary Chapter 11

LEAFPROOF PRODUCTS, LLC.    )

)     Case No. 15- _800 74_

Debtor.    )

)

## STATEMENT OF OWNERSHIP

I, Adella Bachman, sole and Managing Member of LeafProof Products, LLC., a

Nebraska Limited Liability Company, pursuant to Fed R. Bankr P. 1007(a) declare under penalty

of perjury, that the following person directly or indirectly owns 10% or more of any class of

LeafPoints equity interests:

> Adella Bachman
> 1138 South 185th Circle
> Omaha, Nebraska 68130

DATED this 19th day of January 2015.

Adella Bachman
Sole and Managing Member