# LeafProof Products, LLC. Twenty Largest Creditors
**Bk Case** 15-80074

| Name & Address | Contact Info | Nature of Claim | Claim Status | Amount |
|---|---|---|---|---|
| Black Hills Energy<br>P.O. Box 6001<br>Rapid City SD 57709 | 888-890-5554 | Trade Payable | Outstanding | $ 600.00 |
| Carlson Systems<br>P.O. Box 3036<br>Omaha NE 68103 | 515-986-5287 | Trade Payable | Outstanding | $1,274.10 |
| Fred's<br>6596 South 118 St.<br>Omaha NE 68137 | 402-895-3030 | Trade Payable | Outstanding | $906.83 |
| Fitzgerald Schorr<br>Paul Elofson<br>10050 Regency Cir.<br>Suite 200<br>Omaha NE 68114 | 402-342-1000 | Professional Fees | Outstanding | $106,216.82 |
| Hovey Williams, LLP<br>Tom Luebbering<br>10801 Mastin Blvd #1000<br>Overland Park<br>KS 66210 | 913-647-9050 | Professional Fees | Outstanding | $167,547.37 |
| Midwest Plastics<br>Mike Leahey<br>6460 S 84 St.<br>Omaha NE 68127 | 402-339-1226 | Trade Payable | Outstanding | $2,583.50 |
| OPPD<br>P.O. Box 3995<br>Omaha NE 68103 | 402-552-5830 | Trade Payable | Outstanding | $1,155.90 |
| Spencer Fane<br>9420 Underwood Ave.<br>Omaha NE 68114 | 402-965-8600 | Professional | Outstanding | $30,946.87 |
| Weber and Thorson<br>Todd Thorson<br>11205 Wright Cir<br>Omaha NE 68144 | 402-330-9900 | Professional | Outstanding | $206,100.00 |

**LeafProof Products, LLC.   Twenty Largest Creditors**
**Bk Case** _____

| | | | | |
|---|---|---|---|---|
| Richard Hill | | | | |
| 7708 Mastern Dr | | | | |
| Parkville, MO 64152 | 816-520-3443 | Judgmnt Creditor | Outstanding | $175,589.04 |

| | | | | |
|---|---|---|---|---|
| Daniel Dunker | | | | |
| 5615 Spinnaker Pointe | | | | |
| Parkville MO 64152 | 816-520-3443 | Judgmnt Creditor | Outstanding | $213,354.79 |
| | | | | plus interest |

| | | | | |
|---|---|---|---|---|
| American Express | | | | |
| 3715 3555 338 11010 | | | | |
| P.O. Box 650448 | | | | |
| Dallas TX 75265-0448 | 800-492-3344 | Business Credit | Outstanding | $125,000 |

First Westroads Bk
P.O. Box 241259
Omaha, NE 68124

| | | | | |
|---|---|---|---|---|
| I.R.S. | | | | |
| Cent. Insolv. OP. | | | | |
| P.O. Box 7346 | | | | |
| Philadelphia, PA 19101 | | | | |

| | | | | |
|---|---|---|---|---|
| Neb. Dept of Rev | | | | |
| Attn: Bankruptcy Unit | | | | |
| Neb. State Off. Bldg. | | | | |
| P.O. Box 94818 | | | | |
| Lincoln, NE 68509 | | | | |

| | | | | |
|---|---|---|---|---|
| Adella Bachman | | | | |
| 1138 S. 185th Cir. | | | | |
| Omaha Ne 68130 | | | | |

| | | | | |
|---|---|---|---|---|
| James Bachman | | | | |
| 1138 S. 185th Cir. | | | | |
| Omaha Ne 68130 | | | | |

**LeafProof Products, LLC.   Twenty Largest Creditors**
**Bk Case** _____

| | | | | |
|---|---|---|---|---|
| Sarpy County Atty<br>1210 Golden Gate Dr.<br>Papillion, NE 68046 | | | | |
| Sarpy County Treas.<br>1210 Golden Gate Dr.<br>Papillion, NE 68046 | | | | |
| Industrial Packaging<br>P.O. Box 540453<br>Omaha, NE 68154 | | | | |